UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IANA KIM | CASE NO. 6:25-CV-00912 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| WARDEN, SOUTH LOUISIANA ICE PROCESSING CENTER, ET AL | MAGISTRATE JUDGE AYO |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION (the "R&R") of the Magistrate Judge previously filed herein [Doc. 4], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the OBJECTIONS TO THE REPORT AND RECOMMENDATION [Doc. 5] in the record;

IT IS ORDERED that this PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers this 25th day of August, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE